IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAPPY'S PET LODGE GROUP, LLC, *Plaintiff*, | § § § § | |
| V. | § § | Civil Action No. 4:22-cv-201<br>Judge Mazzant |
| SENTINEL INSURANCE COMPANY and SHAWN JERNIGAN, *Defendants*. | § § § § | |

# ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice (the "Motion" - Dkt. #16). Having considered the Motion, the Court is of the opinion that the Motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that the above-captioned lawsuit is dismissed with prejudice to refiling of same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

 **SIGNED** this 9th day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE